UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALRELIO L. EVANS,

    Plaintiff,

v.                                                               Case No. 2:11-cv-492
                                                              HON. R. ALLAN EDGAR

PATRICIA L. CARUSO, et al,

    Defendants.
_____/

## MEMORANDUM AND ORDER

Plaintiff Alrelio L. Evans, a Michigan state prisoner in the custody of the Michigan Department of Corrections (MDOC), brings this federal civil rights action under 42 U.S.C. § 1983. Plaintiff Evans moves the Court to issue a temporary restraining order and preliminary injunction under Fed. R. Civ. P. 65 requiring the defendants and MDOC to immediately place him on a Kosher diet. [Court Doc. No. 5]. On July 26, 2012, Magistrate Judge Timothy P. Greeley submitted his report and recommendation that the motion be denied. [Court Doc. No. 16]. Plaintiff Evans has not timely filed any objections to the report and recommendation.

After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), and W.D. Mich. LCivR 72.3(b). The plaintiff's motion for a temporary restraining order and preliminary injunction under Fed. R. Civ. P. 65 [Court Doc. No. 5] is DENIED.

SO ORDERED.

Date: August 16, 2012                      */s/ R. Allan Edgar*
                                                 R. ALLAN EDGAR
                                                 UNITED STATES DISTRICT JUDGE